In the Matter of the Claim of DAVIS E. BREINIG, Respondent, against DEVOE & REYNOLDS Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of ABRAHAM H. WEINBERG, Respondent, against IDEAL CHAIR Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of IRVING JAY FULLER, Respondent, against PARIS ART LABEL Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of CHRISTOPHER PALERMO, Respondent, against JULIUS FRIEDERICH, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of STEVE SEDORECK, Respondent, against H. C. SCHROEDER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of CARL BRUNO, Respondent, against CITY OF NIAGARA FALLS, NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed, and claim remitted to fix the proper rate of compensation, with costs against the State Industrial Board. (See *Matter of Barlog* v. *Board of Water Commissioners*, 239 App. Div. 225; also Workmen's Comp. Law, § 16, subd. 6.) Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Claim of ANNA A. ROE, Appellant, against ALTRO WORK SHOPS, INC., and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision reversed, with costs to the claimant against the State Industrial Board, and matter remitted to the Board for the purpose of making an award, on the ground that the surrounding circumstances furnish sufficient corroboration of the hearsay declarations of the deceased to justify an award. Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Claim of FRANK CASTALDO, Respondent, against WILLIAM EPOLT and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of PETER BURBACK, Respondent, against UNIVERSITY CLUB OF BUFFALO and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.